UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>A. CUEVAS, et al.,<br><br>    Defendants. | Case No. 22-cv-04091-JSW<br><br>**ORDER OF DISMISSAL; DENYING MOTION TO FILE REPLY**<br><br>(ECF No. 24) |

    Plaintiff, a California prisoner proceeding pro se, filed this civil rights action. Defendants motion to revoke Plaintiff's leave to proceed in forma pauperis ("IFP") was granted. Plaintiff was directed to pay the filing fee within 28 days or the case would be dismissed. Plaintiff has not paid the fee or shown cause for an extension of time. Consequently, this case is DISMISSED without prejudice to Plaintiff filing his claims in a future case in which he pays the filing fee.

    Plaintiff's motion to direct Defendants to file a reply is DENIED.

    The Clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: March 1, 2023

JEFFREY S. WHITE
United States District Judge